AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **0:25-cv-04352**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Rausch Sturm, LLP**
was recieved by me on   **12/31/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Corporation Service Company ("CSC")**, who is designated by law to accept service of process on behalf of **Rausch Sturm, LLP** at **2780 Snelling Ave N Ste 101, Saint Paul, MN 55113** on **12/31/2025 at 3:27 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 6.30** for services, for a total of **$ 6.30**.

I declare under penalty of perjury that this information is true.

Date:   01/01/2026

_____
*Server's signature*

**Azeez Bakare**
*Printed name and title*

**10741 knollwood lane
woodbbury, MN 55129**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, VERIFIED COMPLAINT; EXHIBITS,  to c/o Corporation Service Company ("CSC"), Registered Agent with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.**



Tracking #: **0201784668**

