UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT LEE PETRY,<br><br>*Plaintiff*,<br><br>v.<br><br>RAUSCH STURM, LLP,<br><br>*Defendant*. | Civil Action No.: 0:25-cv-04352-PAM-EMB<br>**Honorable Paul A. Magnuson**<br>**Honorable Magistrate Elsa M. Bullard**<br><br>**NOTICE OF SETTLEMENT<br>AND STIPULATION REGARDING<br>EXTENSION OF TIME TO ANSWER OR<br>OTHERWISE RESPOND TO THE<br>COMPLAINT** |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, the parties, through counsel,[1] respectfully advise the Court and any other interested parties or stakeholders they have ***reached a settlement resolving this action in its entirety***, contingent upon execution of a written settlement agreement ("**Settlement Agreement**"), which the parties are currently drafting. Once the Settlement Agreement is executed, the parties anticipate filing a stipulation of dismissal within ***thirty (30) days***.

## STIPULATION REGARDING EXTENSION OF TIME

In furtherance of settlement and judicial economy, for good cause, the parties, through counsel, stipulate to extension of the time for Defendant to file an answer or otherwise respond to the Complaint. As the parties anticipate filing a stipulation of dismissal within ***thirty (30) days***, they respectfully propose the Court issue an order extending the time to answer or otherwise respond to the Complaint until ***Friday, February 20, 2026***, or take such other course as the Court deems appropriate to effectuate settlement, administration, and final disposition.

---

[1] Mr. Cobb, acting as counsel for Plaintiff, reached agreement directly with Defendant, located in Wisconsin, through its general counsel, Paul Thielhelm, Esq., who is not licensed to practice law in Minnesota and does not appear in the signature block. The parties agreed Defendant would avoid the expense of retaining local Minnesota counsel.

Dated: January 21, 2026

Respectfully submitted,

**COBB CHAUCER PLLC**

<u>s/ Jeremy Judson Cobb</u>
Jeremy Judson Cobb (Reg. No. 316441)
400 South Fourth Street, Suite 401-232
Minneapolis, Minnesota 55415
(763) 516-6231
jjcobb@umich.edu

*Counsel for Plaintiff Robert Lee Petry*