## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ROBERT LEE PETRY,

          *Plaintiff*,

v.

RAUSCH STURM, LLP,

          *Defendant*.

**Civil Action No.: 0:25-cv-04352-PAM-EMB**
**Honorable Paul A. Magnuson**
**Honorable Magistrate Elsa M. Bullard**

**[PROPOSED] ORDER EXTENDING THE**
**TIME TO ANSWER OR OTHERWISE**
**RESPOND TO THE COMPLAINT**

---

      The parties filed a stipulation, ECF No. 6, to give Defendant an extension of time to answer or otherwise respond to the Complaint. **IT IS HEREBY ORDERED**: Defendant shall answer or otherwise respond to the Complaint on or before ***Friday, February 20, 2026***.

Dated: _____

                                    _____
                                      **The Honorable Elsa M. Bullard**
                                      U.S. Magistrate Judge