## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ROBERT LEE PETRY,

      *Plaintiff*,

v.

RAUSCH STURM, LLP,

      *Defendant*.

**Civil Action No.: 0:25-cv-04352-PAM-EMB**
**Honorable Paul A. Magnuson**
**Honorable Magistrate Elsa M. Bullard**

**JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and settlement, the Parties[1] jointly stipulate to dismissal with prejudice, without award of costs or attorney's fees, and respectfully request the Court enter an order accordingly. The Parties have approved an accompanying proposed order.

Dated: February 20, 2026

Respectfully submitted,

**COBB CHAUCER PLLC**

*s/ Jeremy Judson Cobb*
Jeremy Judson Cobb (Reg. No. 316441)
400 South Fourth Street, Suite 401-232
Minneapolis, Minnesota 55415
(763) 516-6231
*jjcobb@umich.edu*

***Counsel for Plaintiff Robert Lee Petry***

---

[1] Mr. Cobb, acting as counsel for Plaintiff, reached agreement directly with Defendant, located in Wisconsin, through its general counsel, Paul Thielhelm, Esq., who is not licensed to practice law in Minnesota and does not appear in the signature block. The parties agreed Defendant would avoid the expense of retaining local Minnesota counsel.