**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ROBERT LEE PETRY,<br><br>    *Plaintiff*,<br><br>v.<br><br>RAUSCH STURM, LLP,<br><br>    *Defendant*. | Civil Action No.: 0:25-cv-04352-PAM-EMB<br>Honorable Paul A. Magnuson<br>Honorable Magistrate Elsa M. Bullard<br><br>**[PROPOSED] ORDER RE**<br>**JOINT STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The Parties filed a Joint Stipulation of Dismissal with Prejudice, ECF No. 9, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). **IT IS HEREBY ORDERED**: this action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorney's fees.

Dated: _____

                                                  **The Honorable Paul A. Magnuson**
                                                United States District Court Judge