UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Lee Petry, | Civ. No. 25-4352 (PAM/EMB) |
| Plaintiff, | |
| v. | **ORDER** |
| Rausch Sturm, LLP, | |
| Defendant. | |

This matter is before the Court on Plaintiff Robert Lee Petry's Notice of Voluntary Dismissal.[1] (Docket No. 9.) Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and each party shall bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 24, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge

---

[1] The Court construes Plaintiff's submission as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).